**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-6913**

—————————

JOHN E. ANDERSON, JR.,

                              Plaintiff - Appellant,

          versus

OFFICER KRAFT, Police Officer, Hopewell Police
Department,

                              Defendant - Appellee,

          and

DARNLEY R. HODGE, Superintendent; T. V. WYCHE,
Guard/Sergeant,

                              Defendants.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-99-980-AM)

—————————

Submitted: October 12, 2000          Decided: October 20, 2000

—————————

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

John E. Anderson, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John E. Anderson, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Anderson v. Kraft, No. CA-99-980-AM (E.D. Va. June 5, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

———————————

[*] Although the district court's order is marked as "filed" on June 2, 2000, the district court's records show that it was entered on the docket sheet on June 5, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).